■ In the Matter of RESTAURANT PUBLICATIONS, INC., et al., Appellants. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion by appellants to set aside the bill of costs as taxed by the clerk of this court and to retax the same by including therein the sum of $380 actually paid for the premium on the undertaking filed pursuant to section 625 of the Unemployment Insurance Law (Labor Law, art. 18). Motion granted, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ LLOYD BULL, Appellant, v. JOSEPH E. DREW, Respondent. VILLAGE OF WATERFORD, Appellant, v. JOSEPH E. DREW, Respondent. RAYMOND ROCQUE, Appellant, v. JOSEPH E. DREW, Respondent. LEO WILLI, Appellant, v. JOSEPH E. DREW,. Respondent. JOSEPH E. DREW, Respondent, v. VILLAGE OF WATERFORD et al., Appellants.— Motion for reargument denied, with $10·costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 1138.]

■ In the Matter of the Estate of HARRIET A. FERRIS, Deceased. JOSEPH W. FERRIS et al., Appellants; ANDREW G. AKIN, Respondent.— Motion for permission to appeal to the Court of Appeals and to certify that a question of law is involved which ought to be reviewed by the Court of Appeals. Motion denied, without costs. Motion in all other respects also denied. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 631.]

■ In the Matter of HYMAN SOLOMON et al., Doing Business as BEVERLY HAND LAUNDRY AND CLEANERS, Appellants, against PUBLIC SERVICE COMMISSION, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 636.]

■ PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of GEORGE H. PIERRE, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30337.) — Motion to amend the decision of this court, handed down November 16, 1955, and for the entry of the order attached to the moving papers. Motion granted in all respects, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 573.]

■ In the Matter of JOHN W. LYND, Doing Business as R. V. TOMPKINS AGENCY, Respondent, against JAMES G. HEFFERNAN, as Mayor of the City of Mechanicville, Appellant.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 597.]

■ In the Matter of HAROLD E. RYAN, Petitioner, against JAMES R. MACDUFF, as Commissioner of ·Motor Vehicles of the State of New York, Respondent.— Motion for stay pending appeal to the Court of Appeals. Motion denied. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 286 App. Div. 1135.]

■ In the Matter of the Claim of HARRY ZELLNER, Appellant, against ULSTER TISSUE MILLS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 710.]

■ DONALD LA MONT, as Guardian ad Litem of DONALD R. LA MONT, an Infant, et al., Appellants, v. MARY J. ANDERSON et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster. P. J., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 729.]